UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 13-08-ART-EBA |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DEBORAH HELTON, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On February 11, 2016, defendant Deborah Helton filed a *pro se* Motion to Vacate, Set Aside, or Correct her Sentence pursuant to 28 U.S.C. § 2255.  R. 1496.   As grounds, Helton states that her attorney failed to investigate facts that would have caused her to have a lower criminal history category.  *Id.*  Magistrate Judge Edward B. Atkins filed a Report and Recommendation that the Court deny the motion because Helton's claim is wholly without merit.  R. 1499.  Neither the defendant nor the United States has filed any objections to the R&R, and the time for filing any objections has expired.  *See* Fed. R. Crim. Proc. 59(b)(2).  Accordingly, it is **ORDERED** that the R&R, R. 1499, is **ADOPTED** as the opinion of the Court.  Helton's motion to vacate, R. 1496, is accordingly **DENIED**.

This the 18th day of April, 2016.



Signed By:
*Amul R. Thapar*
United States District Judge